UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV18-08170 JAK (AFMx) | Date | January 11, 2021 |
|---|---|---|---|
| Title | Rita Garcia v. Praxair, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson (telephonic) | Lisa Gonzalez (telephonic) |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
| Howard S. Leviant (telephonic) | Carlos Jimenez (telephonic) |

**Proceedings:** **PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION AND PAGA ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS (DKT. 69)**

**PLAINTIFF'S MOTION FOR AN AWARD OF (1) ATTORNEY'S FEES TO CLASS COUNSEL; AND (2) ATTORNEY'S COSTS TO CLASS COUNSEL (DKT. 70)**

The hearing is held telephonically. Counsel, the Court, and court staff all appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited.

The motion hearing is held. The Court states its tentative views. Counsel address the Court. The Court adheres to its tentative views and **GRANTS** the Motion for Final Approval of Class Action and PAGA Action Settlement and Certification of Settlement Case (Dkt. 69) subject to a reduction in the named Plaintiff's award to $4000. The settlement administrator shall return the difference of $1000 to the settlement fund for distribution to class members. The Motion for an Award of (1) Attorney's Fees to Class Counsel and (2) Attorney's Costs to Class Counsel (Dkt. 70) is **GRANTED**. A further, more detailed written ruling will issue on these matters.

**IT IS SO ORDERED.**

|  | : | 11 |
|---|---|---|
| Initials of Preparer | TJ | |